1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                 FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8  First State Bank of Northwest    )
   Arkansas,                        )     2:12-cv-0799-GEB-CKD
9                                   )
                 Plaintiff,         )
10                                  )     ORDER DENYING PLAINTIFF'S
          v.                        )     MOTION TO REMAND*
11                                  )
   RBC Real Estate Finance, Inc.,   )
12                                  )
                 Defendant.         )
13 _____  )

14          Plaintiff seeks an order remanding this case to state court,

15 arguing that "[u]nder the circumstances of this case, the value of the

16 object of the litigation (equitable relief for partition, resulting

17 trust, accounting and declaratory relief), does not exceed $75,000."

18 (Pl.'s Mot. to Remand 2:27-28, 3:1, ECF No. 7.) Defendant removed the

19 case based on diversity of citizenship. (Notice of Removal ¶ 5, ECF No.

20 1.) Defendant opposes the remand motion, arguing that the amount in

21 controversy is greater than $75,000 since "Plaintiff claims a beneficial

22 interest in [property] of fifty percent[, and] . . . the [p]roperty [at

23 issue] sold at foreclosure sale for $7,608,600.00." (Def.'s Opp'n 5:8-9

24 (internal citations omitted).)

25          Removal to federal court is only proper under diversity

26 jurisdiction when a case originally filed in state court is between

27 _____

28       *     This matter is deemed suitable for decision without oral
   argument.  E.D. Cal. R. 230(g).

                                    1

1   citizens of different states and involves an amount in controversy that

2   exceeds $75,000. 28 U.S.C. § 1332(a).  "[I]n cases where a plaintiff's

3   state court complaint does not specify a particular amount of damages,

4   the removing defendant bears the burden of establishing, by a

5   preponderance of the evidence, that the amount in controversy exceeds

6   [the jurisdictional minimum]." Sanchez v. Monumental Live Ins. Co., 102

7   F.3d 398, 404 (9th Cir. 1996). "Under this burden, the defendant must

8   provide evidence establishing that it is more likely than not that the

9   amount in controversy exceeds that amount." Id. Further, when a

10  plaintiff seeks equitable relief, "it is well established that the

11  amount in controversy is measured by the value of the object of the

12  litigation." Hunt v. Washington State Apple Adver. Comm'n, 432 U.S. 333,

13  347 (1977) (citations omitted). In other words, "the amount in

14  controversy is . . . the value of the right to be protected or the

15  extent of the injury to be prevented." Jackson v. American Bar Ass'n,

16  538 F.2d 829, 831 (9th Cir. 1976).

17        Defendant attaches Plaintiff's Complaint and accompanying

18  exhibits to its Notice of Removal, and references allegations therein

19  which provide evidence that the object of the litigation involves a

20  value exceeding the amount in controversy requirement. Specifically,

21  Plaintiff alleges in the Complaint that Defendant owns title to the

22  property since the property "was transferred and conveyed to [Defendant]

23  pursuant to a Trustee's Deed" following purchase at a foreclosure sale.

24  (Compl. ¶ 10.) Plaintiff seeks "partition of the Property in kind, or by

25  sale" and/or "a declaration . . . that Plaintiff has equitable title to

26  an undivided fifty percent interest in [the] property, and that

27  Defendant holds title to the Property to that extent in trust for

28  Plaintiff." (Compl. ¶ 1, Prayer for Relief.)

1  Since Plaintiff is seeking equitable relief to protect its

2  alleged fifty percent interest in a property that Defendant purchased

3  for $7,608,600.00, Defendant has shown that it is more likely than not

4  that the amount in controversy exceeds $75,000. Therefore, Plaintiff's

5  motion to remand is denied.

6  Dated:  May 31, 2012

7

8  _____
   GARLAND E. BURRELL, JR.
9  United States District Judge