IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| First State Bank of Northwest Arkansas,<br><br>          Plaintiff,<br><br>    v.<br><br>RBC REAL ESTATE FINANCE, INC., a Delaware corporation, and all persons unknown claiming any interest in the property as DOES 1 through 50,<br><br>          Defendants.<br>_____ | 2:12-cv-00799-GEB-CKD<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

        Plaintiff filed a "Notice of Conditional Settlement" on September 5, 2012, in which it states, "the parties have entered into a conditional settlement in this matter[, which] is conditioned upon the closing of a pending sale of the real property which is the subject of this action . . . ." (ECF No. 18.) Plaintiff requests "that the date for filing dispositional documents . . . be extended until October 31, 2012." Id.

        Therefore, a dispositional document shall be filed no later than October 31, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1

Further, in light of the referenced settlement, Defendant's pending dismissal motion filed on April 5, 2012 (ECF No. 5) is deemed withdrawn.

IT IS SO ORDERED.

Dated:  September 7, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge